# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-04730-SK | Date | August 21, 2019 |
|---|---|---|---|
| Title | Margaretta Davis v. FCA US LLC | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Connie Chung | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER**

In light of parties' Stipulation to Dismiss (ECF No. 15), the Court hereby orders this entire action be dismissed with prejudice. Each side to be responsible for and bear its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.